Appellate Term of the Supreme Court which modified a judgment of the Municipal Court of the City of New York. Motion granted. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

## (October 4, 1962)

■ LAURICE FUSARO, Respondent, v. JAMES FUSARO, Appellant.— Motion by appellant to stay the judgment of separation, dated October 17, 1960, and the order, dated September 14, 1962, pending determination of the appeal from the order, granted on the following conditions: (1) that, pending such determination and beginning on the date of entry of the order hereon, appellant shall pay to respondent alimony at the rate of $50 per week; (2) that, within 10 days after entry of the order hereon, appellant shall pay to respondent the sum of $550 awarded by the Special Term to respondent as counsel fee for opposing this appeal; and (3) that appellant shall perfect the appeal for Friday, November 2, 1962, and be ready to argue or submit it on such date; appeal ordered on the calendar accordingly. On the court's own motion, the appeal will be heard on the original papers and on the typewritten briefs of the respective parties, the appellant's brief to contain a copy of the opinions, if any, rendered by the court below. The parties are directed to file six copies of their respective briefs and to serve one copy on each other. The record shall be filed on or before October 25, 1962; appellant's brief shall be filed and served on or before said date. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ DOROTHEA K. MATTHEWS, Respondent, v. JOSEPH SCHUSHEIM et al., Appellants.— Motion by appellants for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ ANN SOMERS, Respondent, v. AL SOMERS, Appellant.— Motion by respondent wife for counsel fee to oppose pending appeal by the husband, denied without prejudice to such an application at Special Term. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ HARRY KERNER, Appellant, v. ARTHUR R. KALEKO et al., Respondents. — Motion by appellant to stay order of September 17, 1962 adjudging him in contempt, granted on condition that he perfect his appeal from said order and from the order dated May 14, 1962 denying his application to discontinue the action, for Friday, November 2, 1962, and be ready to argue or submit the appeals on that day; appeals ordered on the calendar of November 2. The record and appellant's brief must be served and filed on or before October 25, 1962. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ ANDREW GADSDEN et al., Appellants, v. PRUDENCE BURTON et al., Respondents.— Motion by appellants for a stay, pending appeals, granted. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

## (October 9, 1962)

■ DOROTHEA K. MATTHEWS, Respondent, v. JOSEPH SCHUSHEIM et al., Appellants.— Motion by appellants for reargument of their motion for a stay of order appointing a receiver, pending appeal from such order. Motion for reargument granted. On reargument, the motion for a stay pending the appeal is granted upon the following conditions: (1) That on or before October 11, 1962, appellants shall file and serve an undertaking for $100,000, with corporate surety, to the effect that, in the event the order appealed from be affirmed or the appeal